# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| JAMES DEAN, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14:CV-00183 |
| TWITTER, INC. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Twitter, Inc.

Date: 02/07/2014

/s/ Matthew S. Johns
*Attorney's signature*

Matthew S. Johns - Ind. Bar. No. 28620-49
*Printed name and bar number*

55 E. Monroe - 37th Floor
Chicago, IL 60603

*Address*

mjohns@thompsoncoburn.com
*E-mail address*

(312) 580-2348
*Telephone number*

(312) 782-7378
*FAX number*