**CT Corporation**

**Service of Process Transmittal**
01/08/2014
CT Log Number 524176076

TO:   Amy Keating, Litigation Counsel
      TWITTER, INC.
      1355 Market St, Ste 900
      San Francisco, CA 94103

RE:   **Process Served in New York**

FOR:  TWITTER, INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | James Dean, Inc., Pltf. vs. Twitter, Inc., etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Certificate(s), Complaint, Exhibit(s), Attachment(s), Appearance, Certificate of Service |
| **COURT/AGENCY:** | Hamilton County: Supreme Court, NY<br>Case # 29D011213CC12060 |
| **NATURE OF ACTION:** | Intellectual Property Litigation - Patent infringement – Plaintiff prays for judgment against the defendants in regard to the violation of trademark infringement under section 32(1) or 43(a) of the Lanham Act |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/08/2014 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 23 days, commencing the day after you receive this summons |
| **ATTORNEY(S) / SENDER(S):** | Theodore J. Minch<br>Sovich Minch LLP<br>10500 Crosspoint Boulevard<br>Indianapolis, IN 46256<br>317-335-3601 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 797582376763<br>Image SOP<br>Email Notification, Amy Keating akeating@twitter.com<br>Email Notification, Lauren Markward laurmark@twitter.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>Mara Velasco<br>111 Eighth Avenue<br>13th Floor<br>New York, NY 10011<br>212-590-9070 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



USPS FIRST-CLASS MAIL
100      10011
Pc ID # 1033131231-175722

10011

FIRST-CLASS PKG
US POSTAGE & FEES PAID
INDIANAPOLIS IN
PERMIT # 7374

PEGGY BEAVER
CLERK OF HAMILTON CO
STE 106
1 HAMILTON COUNTY SQ
NOBLESVILLE, IN 46060-2228

ELECTRONIC SCAN REQUI...

# F

## USPS FIRST-CLASS MAIL®

PEGGY BEAVER
CLERK OF HAMILTON CO
STE 106
1 HAMILTON COUNTY SQ
NOBLESVILLE, IN 46060-2228

TWITTER INC. C/O CT CORP.
REGST AGENT
111 8TH AVE
NEW YORK, NY 10011-5201

First Class Mail®

USPS SIGNATURE TRACKING #



9202 1901 0661 5400 0026 1302 57

Electronic Rate Approved #901066154

Non-Machinable Parcel



D011312CC12060 SNT. 1231 LM



PEGGY BEAVER
CLERK OF HAMILTON CO
STE 106
1 HAMILTON COUNTY SQ
NOBLESVILLE, IN 46060-2228

## First Class Mail®



# ELECTRONIC SCAN REQUIRED



**Attention Carrier on Route #C017**

This piece is being monitored for
Delivery and Scanning accuracy

## Non-Machinable Parcel

D011312CC12060 SNT. 1231 LM

STATE OF INDIANA )
                 ) ss:
                 )
                 )
COUNTY OF HAMILTON )

IN THE HAMILTON Superior COURT NO. 01
One Hamilton County Square, Suite 106
Noblesville, Indiana   46060
    317-776-_____
CASE NUMBER: 29D01-1213-CC-12060

JAMES DEAN, INC.

_____
Plaintiff

          -vs-

TWITTER, INC., a Delaware
Corporation, and JOHN DOE
Defendant
DEFENDANTS 1-5 COMPANY

FILED

DEC 3 1 2013

Peggy Beaver
CLERK OF THE
HAMILTON SUPERIOR COURT

SUMMONS

TO DEFENDANT:   (Name) TWITTER, INC. c/o CT Corporation Comp. Registered Agent

          (Address) 111 Eighth Ave.

                    New York City, New York 10011

     You are hereby notified that you have been sued by the person named as
Plaintiff and in the Court indicated above.
     The nature of the suit against you is stated in the Complaint which is
attached to this Summons.  It also states the relief sought or the demand made
against you by the Plaintiff.
     An answer or other appropriate response in writing to the Complaint must
be filed either by you or your attorney within twenty (20) days, commencing the
day after you receive this Summons(or twenty-three (23) days if this Summons was
received by mail), or a judgment by default may be rendered against you for the
relief demanded by the Plaintiff.
     If you have a claim for relief against the Plaintiff arising from the same
transaction or occurrence, you must assert it in your written answer.

Dated DEC 3 1 2013 _____

_____
         Clerk, Hamilton CLERK OF COURTS Court

Theodore J. Minch
Plaintiff or Counsel
10500 Crosspoint Blvd.
Address
Indpls. IN 46256

317-335-3601    18798-49
Telephone       Attorney Number

Peggy Beaver
CLERK OF COURT

SEAL
HAMILTON SUPERIOR COURT 1
INDIANA

The following manner of service of Summons is hereby designated:
____X____ Registered or Certified Mail
_____ Service on individual at above address:  County_____
_____ Service on agent:  (specify)_____
_____ Service by Publication
sumreg 6/19/02

## CLERK'S CERTIFICATE OF MAILING

      I hereby certify that on the _____day of _____, _____, I mailed a copy of this Summons and a copy of the Petition to the Respondent__ _____ by _____mail, requesting a return receipt, at the address furnished by the Petitioner.

Dated_____        _____
                              Clerk Hamilton County Courts

### RETURN ON SERVICE OF SUMMONS BY MAIL

      I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Petition mailed to the Respondent, was accepted on the _____ day of _____, 19_____.
      I hereby certify that the attached return receipt was received by me on the _____ day of _____, 19____, showing that the Summons and a copy of the Petition was returned not accepted.
      I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Petition mailed to the Respondent, was accepted by _____ (age)____on behalf of said Respondent on the _____ day of _____,_____.

                         _____
                         Clerk Hamilton County Courts

### SERVICE ACKNOWLEDGED

      A copy of the within Summons and a copy of the Petition attached thereto were received by me at_____.
Dated_____        _____
                          Signature of Respondent

### RETURN OF SERVICE OF SUMMONS

      I hereby certify that I have served the within Summons:
(1)  By delivering a copy of the Summons and a copy of the Petition to the Respondent on the _____ day of _____, _____.

(2)  By leaving a copy of the Summons and a copy of the Petition:
     (a)  at the dwelling place or usual place of abode of the Respondent
        (b)  with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Respondent, by first-class mail, to the address listed on the Summons, the last known address of the Respondent.

                         _____
                         Sheriff of Hamilton County, Indiana
                         By:_____

sumback 2/8/06

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT 01 |
| | ) | |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NUMBER:  29D01-1213-CC- 12060 |
| | ) | |
| JAMES DEAN, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TWITTER, INC., a Delaware | ) | |
| Corporation, and JOHN DOE | ) | |
| DEFENDANTS 1-5 | ) | |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

FILED

DEC 3 1 2013

Peggy Beaver
CLERK OF THE
HAMILTON SUPERIOR COURT

## COMPLAINT FOR DAMAGES AND FOR INJUNCTIVE RELIEF

Plaintiff JAMES DEAN, INC. (hereinafter "JDI"), for its Complaint for Damages and for Injunctive Relief (hereinafter referred to as the "Complaint") against Defendants TWITTER, INC. (hereinafter "TI") and JOHN DOE DEFENDANTS 1-5 (hereinafter "DOES"), by counsel Theodore J. Minch, hereby states and avers as follows:

## I.    THE PARTIES.

1.    JDI is a corporation organized and existing under the laws of the State of Indiana, having its principal place of business located at 10500 Crosspoint Boulevard, Indianapolis (Hamilton County), Indiana 46256.

2.    TI is a corporation organized and existing pursuant under the laws of the State of Delaware with its principal place of business located at 1355 Market Street, Suite 900, San Francisco, California 94103.

3.    Upon information and belief, DOES are individuals and / or legal entities whose identities and contact information are protected by TI.

1

4.     CMG WORLDWIDE, INC. (hereinafter "CMG") is the premiere celebrity licensing agency and is recognized around the world as agent and representative for such internationally recognized celebrities as James Dean, Marilyn Monroe, Jackie Robinson, Babe Ruth, Ella Fitzgerald, and Chuck Berry.

5.     In its capacity as celebrity licensing agent, CMG, on behalf of JDI, the exclusive owner of the name, likeness, voice, right of publicity and endorsement, worldwide trademarks[1], copyrights, and other intellectual property including but not limited to visual and aural depictions, artifacts, memorabilia, and life-story rights, and / or trade dress of the late internationally recognized movie start, James Dean (hereinafter collectively the "Dean Intellectual Property"), licenses to third parties permission to commercially utilize the Dean Intellectual Property.

6.     Also in its capacity as the exclusive licensing representative for the Dean Intellectual Property as owned by JDI, CMG enforces and protects the Dean Intellectual Property from illegal commercial use of the Dean Intellectual Property by third party unauthorized users thereof.

7.     Created in 2006, TI is a global real-time communications platform with 400 million monthly visitors to twitter.com, more than 200 million monthly active users around the world. TI sees a billion tweets every 2.5 days on every conceivable topic. World leaders, major athletes, star performers, news organizations and entertainment outlets are among the millions of active TI accounts.

---

[1] JDI is the owner of U.S. federal trademark Reg. Nos. 1,496,806 and 1,492,324 for the internationally recognized mark, JAMES DEAN.

## II. JURISDICTION AND VENUE.

8.     Jurisdiction and venue is proper in this Court pursuant to Ind. Code § 33-28-1-1, I.C. § 32-36-1-9 and Ind. Tr. Rule 75(A)(5), T.R. 75(A)(8), T.R. 75(A)(9), and T.R. 75(A)(10).

## III. ACTS COMPLAINED OF.

9.     As a consequence of his widely recognized and acclaimed career and the attendant fame and prominence, substantial value has attached to the Dean Intellectual Property.

10.     At all times pertinent hereto, since at least as early as September, 2012, TI has allowed the registration and operation of a personal twitter account, @JamesDean. A true and accurate copy of the TI website located at https://twitter.com/JamesDean (the "Unauthorized TI Website"), last viewed on December 31, 2013, is attached hereto as Exhibit 1.

11.     DOES, the owner and proprietor of the Unauthorized TI Website, has placed objectionable content on the TI Website, and, in so doing, has used the Dean Intellectual Property, including but not limited to United States trademark registrations for the mark JAMES DEAN, without prior written authorization of JDI (collectively hereinafter the "Unauthorized Use").

12.     On numerous occasions since October 11, 2012, CMG, by and on behalf of its client, JDI, has contacted TI in an attempt to have the Unauthorized Use as herein described, ceased, and in an attempt to obtain the relevant contact information as to DOES, the owner and proprietor of the Unauthorized TI Website. A true and accurate copy of these contacts, together with TI's various replies, are attached hereto, collectively, as Exhibit 2.

13.     Neither TI nor DOES currently have nor have ever had express or implied permission from JDI and / or CMG to commercially exploit the Dean Intellectual Property, including but not limited to the trademarks for the mark JAMES DEAN as lawfully registered by CMG on behalf of JDI.

3

14. JDI has been and continues to be injured by TI and DOES' intentional, knowing, and willful actions. The Unauthorized TI Website and the Unauthorized Use on and / or in which TI and DOES are currently intentionally, knowingly, and maliciously engaging has resulted in and continues to result in immeasurable and irreparable damage to JDI.

15. Unless the afore-described intentional, knowing, and willful actions engaged in by TI and DOES are immediately ceased, JDI will continue to be irreparably harmed and suffer actual damages in an amount as yet undetermined.

## IV. CAUSES OF ACTION.

### FIRST CAUSE OF ACTION
### TRADEMARK INFRINGEMENT UNDER
### SECTION 32(1) OR 43(A) OF THE LANHAM ACT

16. JDI repeats and realleges the allegations in Paragraphs 1. through 15.

17. TI and DOES' past and continued knowing, intentional, willful, malicious, and unauthorized use of the Dean Intellectual Property, including but not limited to the lawfully registered JAMES DEAN trademarks, infringes upon JDI's exclusive rights in and to the federally protected trademarks in and to the name and / or signature of James Dean and, as such, is in violation of §§ 32(1) or 43(a) of the Lanham Act, 15 U.S.C. §§ 1114(1) or 1125(a), in that TI and DOES' conduct is likely to cause confusion, to cause mistake, or to deceive as to source, sponsorship, connection, association, or affiliation between CMG, JDI, and TI and DOES.

18. TI and DOES' unauthorized and infringing activities have been knowing, intentional, willful, deliberate, and malicious, and its misuses of the Dean Intellectual Property done with the intent to trade upon the goodwill and reputation of the Dean Intellectual Property, and to unfairly compete with CMG licensees for the use of the Dean Intellectual Property and to damage and injure CMG, JDI, and their businesses.

4

19.     JDI's rights have been and will continue to be irreparably harmed as a result of TI and DOES' misconduct as herein alleged unless and until TI and DOES' are preliminarily enjoined from the use of the Dean Intellectual Property, including but not limited to the lawfully registered trademarks for JAMES DEAN.

20.     JDI's remedy at law is inadequate to prevent further violation of its rights.

**SECOND CAUSE OF ACTION**
**FALSE ENDORSEMENT UNDER LANHAM ACT § 43(A)**

21.     JDI repeats and realleges the allegations in Paragraphs 1. through 20.

22.     JDI licenses and enforces the Dean Intellectual Property, including but not limited to the lawfully registered JAMES DEAN trademarks throughout the world.

23.     TI and DOES, since at least as early as September, 2012, have and continue to knowingly, intentionally, and maliciously use, in interstate and international commerce, the Dean Intellectual Property, including but not limited to the lawfully registered JAMES DEAN trademarks, on and / or in connection with the Unauthorized TI Website.

24.     TI and DOES' use of the Dean Intellectual Property, including but not limited to the lawfully registered JAMES DEAN trademarks, falsely represents that TI and DOES ARE authorized by JDI and / or CMG.  For example, by way of the Unauthorized Use and / or the Unauthorized TI Website, TI and DOES have represented to the public, on and in connection with the Unauthorized TI Website, itself, that TI and DOES' use of the Dean Intellectual Property, including but not limited to the lawfully registered JAMES DEAN trademarks, was authorized by CMG and / or JDI when, in fact, TI and DOES received no such authorization.

25.     TI and DOES' use of the Dean Intellectual Property, including but not limited to the lawfully registered JAMES DEAN trademarks, on or in connection with the Unauthorized TI Website, constitutes a false designation of origin, false or misleading description of fact, or false

5

or misleading representation of fact, which is likely to cause confusion, mistake, or to deceive as to the affiliation, connection, or association of TI and DOES with the late James Dean, JDI, and / or CMG and / or as to the sponsorship or approval of TI and DOES' business and / or DOES, themselves, by JDI and / or CMG in violation of Lanham Act § 43(A), 11 U.S.C. § 1125(A).

26.     Based upon the scope and nature of TI and DOES' unauthorized and infringing use of the Dean Intellectual Property, including but not limited to the lawfully registered JAMES DEAN trademarks, the potential for likelihood of confusion is great.

27.     TI and DOES' unauthorized use of the Dean Intellectual Property on or in connection with the Unauthorized TI Website is likely to cause economic harm to CMG and / or JDI because TI and DOES' use of the Dean Intellectual Property, including but not limited to the lawfully registered JAMES DEAN trademarks, on of in connection with the Unauthorized TI Website necessarily precludes CMG and / or JDI from entering into license agreements with third parties for the use of the Intellectual Property on or in connection with a similarly situated website and / or precludes JDI from using the lawfully registered JAMES DEAN trademarks to promote JDI's business and licensees by way of TI's Internet structure.

28.     TI and DOES' unauthorized and infringing activities as herein complained of have been knowing, intentional, and malicious, and its misuses were done with the intent to trade upon the goodwill and reputation of James Dean, JDI, and / or CMG, and to unfairly compete with JDI and its business.

29.     JDI's business, goodwill, and reputation has been and will continue to be irreparably harmed by TI and DOES unless TI and DOES are preliminarily enjoined from their exploitative and infringing commercial business practices and from using the Dean Intellectual Property.

30.     JDI's remedy at law is inadequate to prevent further violation of its rights.

## THIRD CAUSE OF ACTION
## INDIANA STATE STATUTORY RIGHT OF PUBLICITY

31.     JDI repeats and realleges the allegations in Paragraphs 1. through 30.

32.     James Dean is a "personality" as defined by I.C. § 32-36-1-6, because the Dean

Intellectual Property has commercial value.

33.     Both during his lifetime and thereafter, James Dean, the family of James Dean,

JDI, and CMG have continuously used and authorized the use of the Dean Intellectual Property

for commercial purposes.

34.     TI and DOES have knowingly and intentionally used the Dean Intellectual

Property for a commercial purpose in violation of I.C. § 32-36-1-8 without first having obtained

previous written consent from CMG and / or JDI

35.     TI and DOES have knowingly, intentionally, and maliciously engaged in conduct

prohibited by I.C. § 32-36-1-8.

36.     JDI's rights have been and will continue to be irreparably harmed by TI and

DOES unless TI and DOES are preliminarily enjoined from further continued unauthorized use

of the Dean Intellectual Property.

37.     JDI's remedy at law is inadequate to prevent further violation of its rights.

## FOURTH CAUSE OF ACTION
## COMMON LAW RIGHT OF PUBLICITY

38.     JDI repeats and realleges the allegations in Paragraphs 1. through 37.

39.     James Dean was and remains, posthumously, a celebrity with a unique identity

and personae that James Dean commercially exploited during their lifetime and thereafter.

7

40. James Dean's image, likeness, name, and / or personae comprises a combination of many features, including but not limited to James Dean's status as a "rebel" and was carefully cultivated by James Dean during his lifetime and professional career; it is this personae by which James Dean is universally recognized and remembered and pursuant to which the Dean Intellectual Property is valued.

41. Defendants' knowing, intentional, and malicious unauthorized commercial exploitation of the Dean Intellectual Property constitutes a violation of the common law right of publicity.

42. To the extent that this Court may look to other states' right of publicity laws to determine the status of James Dean's right of publicity, Defendants' activities are also in violation of the right of publicity protection conferred by the common laws of California and any other applicable state common laws as pertaining to the deceased right of publicity.

43. JDI's rights have been and will continue to be irreparably harmed by TI and DOES unless TI and DOES are preliminarily enjoined from further continued use of the Dean Intellectual Property.

44. JDI's remedy at law is inadequate to prevent further violation of its rights.

**FIFTH CAUSE OF ACTION**
**COMMON LAW UNFAIR COMPETITION**

45. JDI repeats and realleges the allegations in Paragraphs 1 through 44.

46. TI and DOES have knowingly, intentionally, and maliciously used the Dean Intellectual Property without authorization in contravention of the common law claim for unfair competition.

47. TI and DOES' unauthorized and infringing use of the Dean Intellectual Property is likely to cause confusion, mistake, or to deceive as to the affiliation, connection, or association

8

of TI and DOES with James Dean, JDI, and / or CMG or as to the sponsorship or approval of TI
and DOES' unauthorized use of the Dean Intellectual Property on and / or in connection with the
Unauthorized TI Website by JDI and / or CMG.

49.     TI and DOES' actions constitute misappropriation of the Dean Intellectual
Property.

50.     TI and DOES' activities are knowing, intentional, and malicious, and their
unauthorized and infringing uses of the Dean Intellectual Property were done with full
knowledge of the proprietary nature of the Dean Intellectual Property.

51.     TI and DOES have conducted their acts with intent to trade upon the goodwill and
reputation of James Dean, and to unfairly compete with JDI and to damage and injure JDI and its
business.

52.     JDI's business, goodwill, and reputation have been and will continue to be
irreparably harmed by TI and DOES unless TI and DOES are preliminarily enjoined from their
exploitative and infringing commercial business practices as hereinbefore described.

53.     JDI's remedy at law is inadequate to prevent further violation of its rights.

### SIXTH CAUSE OF ACTION
### UNJUST ENRICHMENT

54.     JDI repeats and realleges the allegations in Paragraphs 1 through 52.

56.     At the expense of and detriment to and without the prior express (or implied)
authorization of JDI, TI and DOES have been unjustly enriched through TI and DOES' knowing,
intentional, and malicious actions of using the Dean Intellectual Property without JDI's prior
authorization.

9

55.     JDI's business, goodwill, and reputation have been and will continue to be irreparably harmed by TI and DOES unless TI and DOES are preliminarily enjoined from their exploitative and infringing commercial business practices.

56.     JDI's remedy at law is inadequate to prevent further violation of its rights.

## SEVENTH CAUSE OF ACTION
## CONVERSION

57.     JDI repeats and realleges the allegations in Paragraphs 1. through 56.

58.     By engaging in the conduct as herein described and complained of, TI and DOES have exerted unauthorized control over the property of another with the intent to deprive JDI of its benefit, to wit: the Dean Intellectual Property of which JDI is an interest holder.

59.     On the basis of TI and DOES' unlawful and illegal actions as herein complained of, TI and DOES' have committed conversion as defined under Indiana law at I.C. § 35-43-4-3.

60.     TI and DOES' commission of conversion has proximately caused JDI to suffer damages in a sum as yet to be ascertained but which damages continue to accrue and accumulate.

61.     JDI will continue to be irreparably harmed by TI and DOES unless TI and DOES are preliminarily enjoined from their unlawful business practices which constitute conversion under Indiana law.

62.     JDI's remedy at law is inadequate to prevent further violation of its rights.

## EIGHTH CAUSE OF ACTION
## DECEPTION

63.     JDI repeats and realleges the allegations in Paragraphs 1 through 62.

64.     By engaging in the conduct as herein described and complained of, TI and DOES' have disseminated to the public information that TI and DOES know is false, misleading, or

10

deceptive, with intent to promote the Unauthorized TI Website and / or TI and DOES' business and / or commercial interests.

65.     On the basis of TI and DOES' unlawful and illegal actions as herein complained of, Defendants have committed deception as defined under Indiana law at I.C. § 35-43-5-3(a)(6).

66.     TI and DOES' commission of deception has proximately caused JDI to suffer damages in a sum as yet to be ascertained but which damages continue to accrue and accumulate.

67.     JDI will continue to be irreparably harmed by TI and DOES unless TI and DOES are preliminarily enjoined from their unlawful practices which constitute deception under Indiana law.

68.     JDI's remedy at law is inadequate to prevent further violation of its rights.

### NINTH CAUSE OF ACTION
### INDIANA CRIME VICTIMS' ACT

69.     JDI repeats and realleges the allegations in Paragraphs 1 through 68.

70.     Under the Indiana Crime Victims' Act, Ind. Code § 35-24-3-1, a person that suffers pecuniary loss as a result of a violation of Ind. Code § 35-43 *et seq.*, may bring a civil action as against the person who caused the loss for treble damages, costs of the action, and reasonable attorneys' fees.

71.     TI and DOES have violated Ind. Code § 35-43 through their knowing, intentional, willful, and malicious commission of the following offenses: a. "Conversion" as defined in Ind. Code § 35-43-4-3; and b. "Deception" as defined in Ind. Code § 35-43-5-3.

72.     JDI is a victim of TI and DOES' knowing, intentional, and malicious criminal actions and, as a result, JDI has suffered actual pecuniary damages.

73.     Accordingly, JDI is entitled to an award of those actual damages as well as statutory treble damages, corrective advertising damages, costs, and reasonable attorneys' fees.

## V.   **DEMAND FOR JURY.**

74.     JDI hereby respectfully requests that all issues herein raised by this Complaint for Damages and for Injunctive Relief be tried by Jury.

## VI.   PRAYER FOR RELIEF.

WHEREFORE, JDI JAMES DEAN, INC. (JDI), by counsel, Theodore J. Minch, hereby

pray for judgment as against the Defendants TWITTER, INC. (TI) and JOHN DOES 1-5

(DOES), where said judgment may include but may not necessarily be limited to the following

relief:

      a.      An injunction requiring TI to immediately turn over the names and contact information of those individuals that are the owners, proprietors, and / or registrars of the Unauthorized TI Website, as defined herein;

      b.      An injunction enjoining TI and DOES from future use of the Dean Intellectual Property, including but not limited to the lawfully registered JAMES DEAN trademarks as herein defined, in whatever form;

      c.      An order directing the immediate and complete surrender of any and all merchandise, designs, plans, marketing materials, advertisements, conceptuals, etc. featuring the Dean Intellectual Property to JDI;

      d.      An award of all damages owed to JDI as prescribed by the Indiana Right of Publicity Statute, the Lanham Act, and Indiana statute;

      e.      An award of damages, including but not necessarily limited to treble damages, costs, and attorney's fees as set forth in the applicable statutes in an aggregate amount that is, as yet, undetermined, but which amount continues to accrue; and

      f.      All other just and proper relief in the premises.

                    Respectfully submitted,
                    SOVICH MINCH LLP

By: _____
                    Theodore J. Minch (18798-49)
                    Attorney for Plaintiff James Dean, Inc.
                    10500 Crosspoint Boulevard
                    Indianapolis, Indiana 46256
                    tjminch@sovichminch.com
                    (317) 335-3601 (t)
                    (317) 335-3602 (f)

Search

Have an account? Sign in ⌄

| Tweets |
|---|
| Following |
| Followers |
| Favorites |
| Lists |

## Follow James Dean

Full name

Email

Password

**Sign up**

### Photos and videos



### Worldwide Trends · Change

#NewYearsMEGAMIX
#YalanRüzgarı
#DünyaLideriAtatürkçülerTakipleşiyor
#Wonderful2014
#COMOLOKKOileYılbaşıTakibi
SuçÖrgütü LideriLobiciler
Página 365 de 365
TOLGADUMAN İleYılbaşıTakibi
GalatasarayAşkıyla NIceMutluYıllara
Goodbye 2013

© 2013 Twitter  About  Help  Terms  Privacy
Cookies  Ads info  Brand  Blog  Status  Apps
Jobs  Advertise  Media  Developers  Directory

## James Dean
**@JamesDean**
The King of Cool
New York City, Hollywood

| **2,231** TWEETS | **3,954** FOLLOWING | **7,899** FOLLOWERS | **Follow** |
|---|---|---|---|

## Tweets



**James Dean** @JamesDean                                24 Dec
I feel the same now as I did the first time I saw him —James Dean is my friend.
Expand              ▮   Reply   Retweet   Favorite   More



**James Dean** @JamesDean                                22 Dec
"From the myth of his life and the reality of his movies, Jimmy created a dangerous fusion; his death only magnified the power and mystery."
Expand              ▮   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                22 Dec
"No other legend of the silver screen, male or female, was as engagingly enigmatic as James Dean."
Expand              ▮   Reply   Retweet   Favorite   More



**James Dean** @JamesDean                                20 Dec
"He's a young, talented, rebellious spirit in the big city, pursuing a dream. He's alive—his whole life ahead of him. Nothing can stop him."
Expand              ▮   Reply   Retweet   Favorite   More



**James Dean** @JamesDean                                20 Dec
"Like a restless ghost, James Dean continues to haunt us. Though he died over fifty years ago, he remains fixed forever in the public mind."
Expand              ▮   Reply   Retweet   Favorite   More



**James Dean** @JamesDean                                19 Dec
"The photos Stock took of Dean captured an introspective, intense young artist who could be self-deprecating almost to the point of parody."
Expand              ▮   Reply   Retweet   Favorite   More



**James Dean** @JamesDean                                19 Dec
"There's a romance in that picture that evokes the story of every young, driven, creative person who ever moved to a city to pursue a dream"
                    ▮   Reply   Retweet   Favorite   More



**James Dean** @JamesDean       19 Dec
"What was it like to see the picture before the man in the raincoat with his inscrutable grin had become far larger than a mere movie star?"

Expand      ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean       19 Dec
"They gazed at this strange, beautiful, thrilling young star, all the while knowing that he would be with them for years and years to come."

Expand      ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean       5 Dec
James Dean was only getting started. Imagine what he could have done.

Expand      ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean       4 Dec
James Dean plays pirate. pic.twitter.com/HZazS9Nd5g

View photo      ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean       4 Dec
James Dean in a pensive mood. pic.twitter.com/0zGyGVGTZ1



Expand      ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean       3 Dec
Even at a very young age, James Dean had the most arresting gaze.
pic.twitter.com/7Z72aMUr8M



Expand          ▮    Reply    Retweet    Favorite    More

 **James Dean** @JamesDean                                          2 Dec
James Dean reads during Giant shoot. pic.twitter.com/1JwnJ4vYcZ
View photo      ▮    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                          2 Dec
  Cammcqueen I could not find the photographer, the photo came
from the Michael Ochs Archives, now owned by Getty Images.
View conversation  ▮  Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                          1 Dec
James Dean in his black sweater and Schott jacket.
pic.twitter.com/Dubyfkw6aM

Expand          ▮    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                          30 Nov
James Dean, artist. pic.twitter.com/YYGkAyEmur

Expand          ▮    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                          30 Nov
"Rebel channels the inclinations of the two artists. This is the film
Dean and Ray were destined to make, and this was the time to make

it."
Expand          ∎   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    29 Nov
"James Dean, the most famous post-Brando performer of torment
and frustration, brought all he had to his roles."
Expand          ∎   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    29 Nov
"For all its sympathy for the kids, Rebel Without a Cause is really a
film stressing the importance of typical American familial structure."
Expand          ∎   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    29 Nov
"While Nicholas Ray aficionados will identify Rebel Without a Cause
with the director, most people, then and now, will think of James
Dean."
Expand          ∎   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    29 Nov
"As other actors do their best Brandoesque posturing, James Dean is
the one who brings something new to the screen— he carries the
picture."
Expand          ∎   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    25 Nov
"Consider this aspect of its aesthetics—Rebel was a hugely
significant film in terms of pioneering the technology of widescreen
filmmaking"
Expand          ∎   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    24 Nov
"James Dean was a true original within the Hollywood film industry—
as an actor, the dedication he demonstrated to his craft was
remarkable."
Expand          ∎   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    22 Nov
"Along with fellow Method actors Brando and Montgomery Clift, Dean
defied convention, bringing an instinctive sensibility to his roles."
Expand          ∎   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    20 Nov
"Without a doubt, James Dean left us one of the most memorable film
legacies of all time, but he was just getting traction with his career."
Expand          ∎   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    18 Nov
"James Dean was unlike any other actors of his generation (or
perhaps any other generation for that matter). There are no good
comparisons."
Expand          ∎   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    18 Nov
"I'm sure there are many Hollywood producers hoping to find the next
'James Dean', but I am positive they haven't found the next Dean."
Expand          ∎   Reply   Retweet   Favorite   More



Expand                    ■   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                        8 Nov
"That's the power of cinema—no matter how old the film, it's always
right here and right now. It's always the present tense" Martin
Scorsese
Expand                    ■   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                        7 Nov
"Rebel" is powerful because of the dynamism. The visual dynamism—
the color, the compositions, the locations—tied to the emotional
dynamism."
Expand                    ■   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                        7 Nov
James Dean was a flawed man, the way humans are, but I can always
find something good to say about James Dean.
Expand                    ■   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                        7 Nov
"You can't separate the power of Dean's presence & his
extraordinary impact from the fact that his key pictures were made in
color & Scope."
Expand                    ■   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                        5 Nov
"I can close my eyes right now and experience Rebel as a series of
visions... We'd never seen anything like it then. We still haven't."
Expand                    ■   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                        5 Nov
"James Dean's legacy continues to this day, as each new generation
discovers a young man who loved the loveless & gave meaning to the
empty"
Expand                    ■   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                        4 Nov
"Go back and look at the pictures, & you're confronted not with a
legend but with a living, breathing human being, in a surge of
creativity"
Expand                    ■   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                        4 Nov
Leonardo DiCaprio presented a world restoration premiere of Rebel
Without a Cause on Friday (November 1). imdb.com/news/ni5638231
...
Expand                    ■   Reply    Retweet    Favorite    More

James Dean (JamesDean) on Twitter

**James Dean** @JamesDean — 3 Nov
"And it was that movie, Rebel: Dean was suddenly a creature of cinema; that was where he lived. And it made for an overwhelming experience."
Expand          Reply   Retweet   Favorite   More

**James Dean** @JamesDean — 2 Nov
"One cannot but feel there is something which exists only in cinema... which becomes fantastically beautiful on the screen." Jean-Luc Godard
Expand          Reply   Retweet   Favorite   More

**James Dean** @JamesDean — 2 Nov
"To say that I identified with Dean in the movie, as an actor and as a character... they were the same to us: The identification was total."
Expand          Reply   Retweet   Favorite   More

**James Dean** @JamesDean — 26 Oct
"If we suspend for a moment all we know of James Dean, then his pictures offer more than just a reminder of what we lost when he was killed"
Expand          Reply   Retweet   Favorite   More

**James Dean** @JamesDean — 12 Oct
"James Dean remains an internationally compelling force, an iconic image, and a cult favorite of timeless fascination."
Expand          Reply   Retweet   Favorite   More

**James Dean** @JamesDean — 3 Oct
empiricalherbal So true.
View conversation          Reply   Retweet   Favorite   More

**James Dean** @JamesDean — 1 Oct
When you see a photo of James Dean you known it's him, but he looks like a completely different person in so many shots you start to wonder.
Expand          Reply   Retweet   Favorite   More

**James Dean** @JamesDean — 30 Sep
On this date in 1955, James Dean was killed in his new Porsche 550 Spyder near Cholame, California, driving to compete in a race at Salinas.
Expand          Reply   Retweet   Favorite   More

**James Dean** @JamesDean — 22 Sep
"James Dean was a genius in mining the aspects of the Method that emphasized subtext and hidden meaning, revolutionizing the art of acting."
Expand          Reply   Retweet   Favorite   More

**James Dean** @JamesDean — 4 Sep
"James Dean stirred up something fierce inside of men and women about being an angsty teenager in America—and he looked damn good doing it."
Expand          Reply   Retweet   Favorite   More

**James Dean** @JamesDean — 25 Aug
Julie Harris and James Dean: Two stars who lit up the screen pic.twitter.com/klcnUJ8qVm



Expand          ■   Reply   Retweet   Favorite   More



**James Dean** @JamesDean                                    18 Aug
"James Dean and his plain white T-shirt are the antithesis of, even the antidote to, so much of what ails contemporary culture."

Expand          ■   Reply   Retweet   Favorite   More



**James Dean** @JamesDean                                     1 Aug
Behind the wheel of one of the rarest, most desired Porsches ever made—the 550 Spyder, the model driven by James Dean
bloomberg.com/news/2013-08-0...

View summary     ■   Reply   Retweet   Favorite   More



**James Dean** @JamesDean                                     1 Aug
He gets into the chase car, leaving me to my reverie about the deeply romantic nature of this machine. No wonder James Dean was so enamored.

Expand          ■   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    17 Jul
When James Dean acted the part Jett Rink in "Giant", he understood that Texas was an idea, a place in the imagination as well as on the map.

Expand          ■   Reply   Retweet   Favorite   More



**James Dean** @JamesDean                                    17 Jun
The camera loved James Dean, and it's easy to see why:
pic.twitter.com/3GMequ5eJD



Expand   Reply   Retweet   Favorite   More

 **James Dean** @JamesDean                    16 Jun
Here's a pic of Jimmy and Pier Angeli you don't see that often:
pic.twitter.com/iYMJOtqeUs



Expand   Reply   Retweet   Favorite   More

**James Dean** @JamesDean                    16 Jun
People still care about James Dean because he was so utterly
human, and wasn't afraid to show it. They can relate to and respect
him for it.
Expand   Reply   Retweet   Favorite   More

 **James Dean** @JamesDean                    23 May
James Dean's favorite song was Billie Holiday's "When Your Lover
Has Gone".
So apt for the man whose face has launched a million fantasies.
Expand   Reply   Retweet   Favorite   More

 **James Dean** @JamesDean                    4 May
Rarely seen photo of James Dean photographed by Sanford Roth,
1955 pic.twitter.com/k22d26CSJ1



Expand    ■   Reply    Retweet    Favorite    More



**James Dean** @JamesDean      15 Apr
Pop culture festival "Rolling with Dean" at Indiana State Museum
April 27. Museum's exhibition, "Eternal James Dean"
indianamuseum.org/visit/exhibit/...

Expand    ■   Reply    Retweet    Favorite    More



**James Dean** @JamesDean      2 Apr
Dennis Stock said, "You must be glorious in your own imagery and
how you share it with others." James Dean's imagery is certainly
glorious.

Expand    ■   Reply    Retweet    Favorite    More



**James Dean** @JamesDean      28 Feb
James Dean has a way of slipping into your unconscious mind as if
he dwelt there all along as the resident cool cat.

Expand    ■   Reply    Retweet    Favorite    More



**James Dean** @JamesDean      24 Feb
You can't steal James Dean's cool.

Expand    ■   Reply    Retweet    Favorite    More



**James Dean** @JamesDean      23 Feb
Picture of James Dean on bongos and Eartha Kitt on conga at a
party. fanpop.com/clubs/james-de...

Expand    ■   Reply    Retweet    Favorite    More



**James Dean** @JamesDean      8 Feb
On February 8, 1931, James Dean was born in Marion, Indiana. The
rebel without a cause is still making a name for himself.

Expand    ■   Reply    Retweet    Favorite    More



**James Dean** @JamesDean      5 Feb
"James Dean—the man who will be forever young, forever hip,
forever tragic and unquestionably, forever the rebel without a cause."

Expand    ■   Reply    Retweet    Favorite    More

**James Dean** @JamesDean      22 Jan
"James Dean is my dream cowboy."

Expand    ■   Reply    Retweet    Favorite    More

**James Dean** @JamesDean      2 Jan
An archetypal image of James Dean in cowboy hat:
pic.twitter.com/j36T7qhL

James Dean (JamesDean) on Twitter



Expand                        ▋  Reply    Retweet    Favorite    More

**Curt Whirl** @theewonderfan                                          13 Dec 12
Video: Dec. 13 1950  . JamesDean  made his tv debut in a  . pepsi
cola comm. fb.me/MZBTKFbY  . history
          Retweeted by James Dean
          View media                    ▋  Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                             12 Dec 12
"Jimmy invented 'James Dean', embodying all the contradictions of
the American dream, with intuition and patient determination."
          Expand                        ▋  Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                             30 Nov 12
"Seeing James Dean changed my life the same way hearing the
Beatles did. If anyone could legitimately say, "I'm you", it was James
Dean."
          Expand                        ▋  Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                             22 Nov 12
James Dean motorcycle goes on public display Nov. 23 as part of the
Indiana State Museum's "Eternal James Dean" exhibit
indystar.com/apps/pbcs.dll/...
          Expand                        ▋  Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                             22 Nov 12
"James Dean's life became a collective experience for disaffected
youth worldwide after his death—pop culture made him master of the
Edge."
          Expand                        ▋  Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                             22 Nov 12
"James Dean hijacked the movies."
          Expand                        ▋  Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                             18 Nov 12
"James Dean was a visionary actor with his own philosophy, one
based on more than just being a cool cat."
          Expand                        ▋  Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                             18 Nov 12
"James Dean was an instinctive actor who could be counted on to
deliver presence."
          Expand                        ▋  Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                              4 Nov 12
"James Dean, maverick actor and great icon of iconoclasm, dug to
the core of his own psychodrama and turned it into art."

Expand                    ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                                    4 Nov 12
"James Dean was a smart, enigmatic man who'd have continued
exploring his craft—I believe he was destined to become an
innovative director."
Expand                    ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                                    21 Oct 12
"James Dean may be dead, but he isn't dead to me."
Expand                    ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                                    21 Oct 12
"Jim had an incredible sense of humor, loved to laugh, had a great
time, played jokes beautifully on people." ~Jimmy's teacher, Adeline
Nall
Expand                    ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                                    20 Oct 12
"James Dean was photographed endlessly, and looks remarkable in
almost every shot. No other star has made such an impact with still
images."
Expand                    ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                                    20 Oct 12
HugoV27 Because it looks like James Dean's hair, of course.
View conversation         ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                                    20 Oct 12
"James Dean enabled us to take his pain as our own, to grieve for his
characters' losses because they reminded us of what we'd
experienced."
Expand                    ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                                    19 Oct 12
HugoV27 You have good hair, perhaps you should run for political
office.;-)
View conversation         ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                                    19 Oct 12
"The lasting fascination with James Dean stems from the unusual
potency of his work, as well as from the way he lived his life."
Expand                    ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                                    19 Oct 12
"My connection with Dean is more than an appreciation for a cool,
good-looking guy who personified the struggles of growing up in the
'50s."
Expand                    ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                                    19 Oct 12
"James Dean's portrayals of rebellious youth struggling to burst from
adolescence into adulthood stirred passion in audiences."
Expand                    ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                                    18 Oct 12
"James Dean loved fast motorcycles and cars...he was always
subjecting himself to superhuman tests of endurance."
Expand                    ■    Reply    Retweet    Favorite    More

James Dean (JamesDean) on Twitter



**James Dean** @JamesDean     18 Oct 12
"Even as a new player in Hollywood, Dean had the confident air of a star, the one-upmanship of a man who expected to stay at center stage."

Expand     ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean     18 Oct 12
"I didn't know Dean ever did movies. I thought all he did was make sausages." I said, "No, that's Jimmy Dean. This play's about James Dean."

Expand     ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean     15 Oct 12
"Of all the pretty boys who walk the red carpet at Hollywood premieres—none can hold a candle to the original Hollywood bad boy, James Dean"

Expand     ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean     30 Sep 12
On this date in 1955, James Dean was killed in his new Porsche 550 Spyder near Cholame, CA, driving to compete in an auto race at Salinas.

Expand     ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean     30 Aug 12
"In very shot of Rebel, Nick Ray places the characters solidly in their environment, yet stresses their alienation from those surroundings."

Expand     ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean     29 Aug 12
"Rebel Without a Cause is a teenage psychodrama saturated in symbolism, metaphor, social-political content, and visual expression."

Expand     ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean     29 Aug 12
"Ray applied color in a bold manner that heightened the psychodynamics of the narrative. Red has an expressive purpose throughout the film."

Expand     ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean     28 Aug 12
"James Dean's performance dominates Rebel Without a Cause, but the entire cast gives honest, memorable, and nuanced performances."

Expand     ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean     28 Aug 12
"The end-of-the-world theme gains a deeper meaning for the kids who are strongly affected by an unstable world holding an uncertain future."

Expand     ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean     28 Aug 12
"The legacy of Rebel Without a Cause flows through the decades that followed. It was the prototype for the youth culture film of the '60s."

Expand     ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean     27 Aug 12
"Rebel Without a Cause is a motion picture containing the DNA for

the American cinema of the latter half of the 20th century."

Expand ∎ Reply Retweet Favorite More

**James Dean** @JamesDean 12 Aug 12
"James Dean's face has permeated popular culture in a way that few
others' have—it's one of the archetypal elements in the showbiz
mosaic."

Expand ∎ Reply Retweet Favorite More

**James Dean** @JamesDean 11 Aug 12
"James Dean has become a cultural demigod, squinting in his
inimitable sexy way, peering at us through history, smirking from on
high."

Expand ∎ Reply Retweet Favorite More

**James Dean** @JamesDean 9 Aug 12
"Who is reading Riley?" contest seeks photos of famous, notable
people reading a copy of any James Whitcomb Riley work:
jamesdean.com/viewheadline.p...

Expand ∎ Reply Retweet Favorite More

**James Dean** @JamesDean 9 Aug 12
"The brooding masculinity, the counter-cultural edginess, the always
potent sex appeal—James Dean was cool before he was a movie
star."

Expand ∎ Reply Retweet Favorite More

**James Dean** @JamesDean 5 Aug 12
"Scientists have yet to find out which dolphin clique is the coolest."
Hmm...it must be the clique that follows the James Dean of dolphins.

Expand ∎ Reply Retweet Favorite More

**James Dean** @JamesDean 27 Jul 12
"James Dean is the master of effortlessly emanating man-cool in a
leather jacket and jeans."

Expand ∎ Reply Retweet Favorite More

**James Dean** @JamesDean 21 Jul 12
"James Dean enthralls because he changed acting—he brought a
naturalism and an intensity to his performance that didn't exist
before."

Expand ∎ Reply Retweet Favorite More

**James Dean** @JamesDean 19 Jul 12
"Watching James Dean act opposite his contemporaries, one often
wonders if he is in an entirely different movie."

Expand ∎ Reply Retweet Favorite More

**James Dean** @JamesDean 15 Jul 12
felixryan Thanks, Felix.

View conversation ∎ Reply Retweet Favorite More

**James Dean** @JamesDean 15 Jul 12
"All the elements of classic Hollywood James Dean cool—he moves
with a quick confidence, and attacks with an incomparable sense of
purpose."

Expand ∎ Reply Retweet Favorite More

**James Dean** @JamesDean                                        25 Jun 12
"James Dean was more than an actor—he was a cultural
phenomenon."
Expand           ■     Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                        22 Jun 12
"James Dean seems to have invented cool. It oozed from his very
pores. He didn't attempt to be cool, he merely was."
Expand           ■     Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                        16 Jun 12
AaliyahWestin The Mutant King is an interesting take on James
Dean's life, but not entirely accurate in some details. Still a good
read.
    View conversation    ■     Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                        15 Jun 12
"Lately, I have found myself reading a lot about James Dean."
Expand           ■     Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                        8 Jun 12
"How can you combine the idea of cool—emotionally controlled,
tough, thrill-seeking—with passionate?" James Dean did.
Expand           ■     Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                        31 May 12
James Dean is an actor still on fire.
Expand           ■     Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                        26 May 12
"James Dean was more than a pretty face. There was thought and
emotion going on behind his façade."
Expand           ■     Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                        22 May 12
"James Dean—the edgy beatnik who mirrored our internal struggles
so brilliantly, and created the mythology of a new rebel archetype."
Expand           ■     Reply   Retweet   Favorite   More

**Paul Fraser** @PFCollectibles                                  17 May 12
A page from the Fairmount High School yearbook, 1949, signed by
James Dean
pfcauctions.com/auction/autogr...  JamesDean  jamesdean
    Retweeted by James Dean
Expand           ■     Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                        15 May 12
"The rebel without—a cause is still making a name for himself—his
legacy remains and people still take inspiration from his creative
style"
Expand           ■     Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                        13 May 12
"Things would be different between you and me if I was James Dean."
Expand           ■     Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                        6 May 12
"I don't know if he was part Cherokee or not, but James Dean held his
head high and walked straight, like an American Indian."
Expand           ■     Reply   Retweet   Favorite   More

**James Dean** @JamesDean                                    4 May 12
James Dean was the kind of guy who could look into the darkness and see the light. Then he'd smile like an angel.
Expand          ▪   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                    2 May 12
"The greatness of Dean as an actor is unplayable by another actor; one can only look foolish trying to "be" James Dean on screen."
Expand          ▪   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                    30 Apr 12
"That was, and still is the appeal of James Dean, aside from his talent and looks—he made being misunderstood cool."
Expand          ▪   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                    30 Apr 12
"I was fascinated by James Dean. I saw something deep and mystical in him. No one understood me, but I was sure he would have understood."
Expand          ▪   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                    24 Apr 12
"In my dreamworld, dreams of James Dean are welcome."
Expand          ▪   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                    18 Apr 12
"James Dean was visual art to me—every photograph an incredible study." ~ Morrissey
Expand          ▪   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                    17 Apr 12
"It's a James Dean moment."
Expand          ▪   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                    16 Apr 12
"He said, "James, you can't keep playing James Dean," and I replied, "Kevin, you can't keep making Robin Hood." ~ James Franco
Expand          ▪   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                    13 Apr 12
"He looked so cool. I asked my cousin who that was on the wall. He said, "That's James Dean." Mr. Cool There will never be a new James Dean"
Expand          ▪   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                    12 Apr 12
"She was fascinated by his passion for acting and drawn to his mercurial temperament—he saw Pier as exotic with a hunger for experience."
Expand          ▪   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                    31 Mar 12
James Dean had the guts to live the way he chose when most people took the conventional road. He blazed a path for the counter-culture.
Expand          ▪   Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                    29 Mar 12
James Dean was a man on a mission. He pioneered self-expression for teenagers in the 1950s and inspired them with his universal

charisma.

Expand          ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                              28 Mar 12
"Think of Picasso, Monet, Dali, Miles Davis, Henry Moore, Jimi
Hendrix, James Joyce, Caravaggio, James Dean...boundary pushers."

Expand          ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                              27 Mar 12
"In a concentrated effort of self-discovery he applied to his acting,
James Dean cut through the façade society creates to obscure the
self"

Expand          ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                              27 Mar 12
"James Dean, reborn in time, always young and contemporary with
every generation that discovers him anew."

Expand          ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                              27 Mar 12
WVUGuy29 That is indeed the one and only James Dean.

View conversation   ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                              26 Mar 12
"There is no part of James Dean i don't like, no part of him that hasn't
always the attraction that goes with complete naturalness."

Expand          ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean                                              26 Mar 12
James Dean was an emotional kind of guy, mannyfagut, but I can't
see him using emoticons much. Maybe a sly wink now and then.

View conversation   ■    Reply    Retweet    Favorite    More



**James Dean** @JamesDean                                              25 Mar 12
Whatever abilities I have crystallized there in high school, when I was
trying to prove something to myself—that I could do it. ~ James Dean

Expand          ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                              24 Mar 12
James Dean discovered new territory in his exploration of the
psychological landscape in photo portraits.

Expand          ■    Reply    Retweet    Favorite    More

**James Dean** @JamesDean                                              24 Mar 12
The cinema is a very truthful medium because the camera doesn't let
you get away with anything. ~ James Dean

Expand          ■    Reply    Retweet    Favorite    More

Exhibit 2

From: **drea** <notifications-support@twitter.zendesk.com>
Date: Wed, Aug 28, 2013 at 4:15 PM
Subject: #11878451 Twitter Support: update on ".Trademark Issue - @jamesdean"
To: no-username <randy@cmgworldwide.com>
##- Please type your reply above this line -##

drea, Aug 28 01:15 pm (PDT):
Hello,  Thank you for bringing this to our attention. In order to process brand impersonation reports, we need to be in touch with either the brand being impersonated or an authorized representative. We need to confirm your identity in order to further investigate this report. Please submit a statement from the Trustees of the James Dean Foundation that you're a representative, a copy of your business card, and a valid photo ID (i.e., driver's license) within 48 hours of receiving this email.
Please fax the documents to Twitter at 1-415-865-5405. This is a United States number, so be sure to include the appropriate international dialing code if you're sending from outside the United States. Include your ticket number (#11878451) and write "Attention: Policy Support, Twitter Inc. - drea". We need to be able to see your full name and photo on the faxed ID, so please try to send a legible copy. This information will be kept confidential, and will be deleted once we have used it to verify your identity.
Please also provide the following information:
Your First and Last Name:
Title:
Company name:
Address:
Phone:
Fax:
Website:
Company domain email address:
Legal relationship to the entity involved:
Documentary evidence that you have authority to act on the trademark owner's behalf (i.e., agent's agreement, power of attorney, etc.)
Please fax the documentation to Twitter at 1-415-865-5405. Include your ticket number and write "Attention: Policy Support, Twitter Inc. - drea."
This information will be kept confidential, and will be promptly deleted once we have used it to verify your relationship. We appreciate your cooperation.
For security reasons, we are only able to accept this information via fax; our systems strip incoming email attachments. If a fax machine is unavailable, you can send a fax from your computer for free through third-party services such as FaxZero (http://faxzero.com).
Thanks,
drea
Twitter Trust & Safety


no-username, Aug 07 03:30 pm (PDT):
Reported Account: @jamesdean
Description: Our company represents James Dean Inc., which is the exclusive, worldwide proprietor of certain copyrights, various trademark rights including federal trademark registration nos. 1492324 and 1496806, rights of association and sponsorship, and the right of publicity in and to the name, image, and likeness of James Dean. James Dean Inc. pursues and prosecutes all claims and causes of action arising out of or relating to the unauthorized use of various copyrighted material containing James Dean, various trademark rights, and the James Dean name, image, and likeness, and any and all other related rights. I appreciate your response to our inquiry regarding the @JamesDean Twitter account. However, we adamantly disagree with your determination that the account is not infringing. Not only is the account in violation of your own Trademark Policy, but it is in violation of federal law.
The Twitter Trademark Policy outlines specific guidelines for "Fan Accounts." First, you state that "[t]he username should not be the trademarked name of the subject of the news feed, commentary, or fan account." Here, the subject of the Twitter feed is James Dean, and the username @JamesDean consists solely of the trademarked name. Second, you state that "[t]he profile name should not be the trademarked name of the company or include the trademarked name in a misleading manner." The profile name for the

account in question is listed as "James Dean." Your third guideline states: "The bio should include a statement to distinguish it from the real company, such as 'Unofficial Account,' 'Fan Account,' or 'Not affiliated with...'." The @JamesDean account's bio contains none of these distinguishing statements. Your fourth guideline states: "The account should not use another's trademark, logo or other copyright-protected image without express permission." The @JamesDean account uses copyrighted photos of James Dean for both the profile pictures and background image, and James Dean, Inc. has not authorized this use. Therefore, the owner of the @JamesDean Twitter account is in clear violation of your own policies.

More importantly, the owner of the @JamesDean Twitter account is in violation of United States Federal law, specifically section 43(a) of the Lanham Act, 15 USC 1125(a). Under the Lanham Act, persons are prohibited from exploiting another's trademark rights for commercial purposes without authorization. The Lanham Act is premised on the belief that the benefit or property right that one has invested time, effort, and money into developing should be protected from unauthorized use. In essence, the Lanham Act prohibits one from "reaping what another has sown" without fair compensation. Our client, James Dean Inc., has worked hard to develop the James Dean brand. The owner of the @JamesDean Twitter account is clearly using the famous registered James Dean trademark, name, image, and likeness. Such use necessarily and improperly implies a misleading designation of source, origin, endorsement, sponsorship, or approval by James Dean Inc.

For these reasons, I must ask you to reconsider your decision regarding the @JamesDean Twitter account.

Company name: James Dean, Inc
Website: jamesdean.com
Trademarked word, symbol: James Dean
Registration number: 1492324, 1496806
Registration office: USPTO
Direct Link to Trademark Record (optional): n/a
Full name: Mark Roesler
Job title: CEO/ Chairman
Email address: randy@cmgworldwide.com
Street address: 10500 Crosspoint Blvd
City: Indianapolis
State/Province: IN
Postal code: 46256
Country: USA
Company name (rep): CMG Worldwide, Inc
Website (rep): http://cmgworldwide.com
Street address (rep): 9229 W Sunset Blvd
City (rep): Los Angeles
State/Province (rep): CA
Postal code (rep): 90069
Country (rep): USA
Copy of Report: I understand that Twitter may provide third parties, such as the affected user, with a copy of this report.
Authority to Act: I am authorized to act on behalf of the trademark holder.
Anything else? (optional): This is the third and final attempt to work with Twitter before we pursue legal action.
Thank you for your time and consideration.

Message-Id:MA9YYEFP_521e5a6162a9c_373df8807c362657

Dear Drea,

Our company represents James Dean Inc., which is the exclusive, worldwide proprietor of certain copyrights, various trademark rights including federal trademark registration nos. 1492324 and 1496806, rights of association and sponsorship, and the right of publicity in and to the name, image, and likeness of James Dean. James Dean Inc. pursues and prosecutes all claims and causes of action arising out of or relating to the unauthorized use of various copyrighted material containing James Dean, various trademark rights, and the James Dean name, image, and likeness, and any and all other related rights. I appreciate your response to our inquiry regarding the @JamesDean Twitter account. However, we adamantly disagree with your determination that the account is not infringing. Not only is the account in violation of your own Trademark Policy, but it is in violation of federal law.

The Twitter Trademark Policy outlines specific guidelines for "Fan Accounts." First, you state that "[t]he username should not be the trademarked name of the subject of the news feed, commentary, or fan account." Here, the subject of the Twitter feed is James Dean, and the username @JamesDean consists solely of the trademarked name. Second, you state that "[t]he profile name should not be the trademarked name of the company or include the trademarked name in a misleading manner." The profile name for the account in question is listed as "James Dean." Your third guideline states: "The bio should include a statement to distinguish it from the real company, such as 'Unofficial Account,' 'Fan Account,' or 'Not affiliated with…'." The @JamesDean account's bio contains none of these distinguishing statements. Your fourth guideline states: "The account should not use another's trademark, logo or other copyright-protected image without express permission." The @JamesDean account uses copyrighted photos of James Dean for both the profile pictures and background image, and James Dean, Inc. has not authorized this use. Therefore, the owner of the @JamesDean Twitter account is in clear violation of your own policies.

More importantly, the owner of the @JamesDean Twitter account is in violation of United States Federal law, specifically section 43(a) of the Lanham Act, 15 USC 1125(a). Under the Lanham Act, persons are prohibited from exploiting another's trademark rights for commercial purposes without authorization. The Lanham Act is premised on the belief that the benefit or property right that one has invested time, effort, and money into developing should be protected from unauthorized use. In essence, the Lanham Act prohibits one from "reaping what another has sown" without fair compensation. Our client, James Dean Inc., has worked hard to develop the James Dean brand. The owner of the @JamesDean Twitter account is clearly using the famous registered James Dean trademark, name, image, and likeness. Such use necessarily and improperly implies a misleading designation of source, origin, endorsement, sponsorship, or approval by James Dean Inc.

For these reasons, I must ask you to reconsider your decision regarding the @JamesDean Twitter account.

**drea, Jul 01 01:09 pm (PDT):**
Hello,  We've researched the reported account and determined that it is not in violation of Twitter's
Trademark Policy. The account is not being used in a way that is misleading or confusing with regard to
its brand, location or business affiliation.
Twitter does not have a username reservation policy. Users are free to select any name for their account,
provided they do not violate Twitter's Terms of Service or Rules.
For more information about Twitter's Trademark Policy, please see:
http://support.twitter.com/articles/18367
Thanks,  drea  Twitter Trust & Safety


This email is to confirm that we have received your trademark report and will be reviewing your issue.
Please note:
1. If you are not the trademark owner, we will need the following information to process your report.
Please fax documentary evidence that you have authority to act on the trademark owner's behalf, such as
an agent's agreement or power of attorney. Faxes may be sent to Twitter at 1-415-865-5405. Please write
"Attention: Business and Platform Policy, Twitter Inc." at the top of your fax and include your ticket
number (#10769678).
2. We cannot accept email attachments at this time so please include all information in the body of your
report. To update your report with missing information, simply respond to this email.
3. Twitter allows parody, commentary, and fan accounts; if an account is in full compliance with our
policies, it is not considered impersonation. For more information, please see our Parody, Commentary,
and Fan Account Policy: http://support.twitter.com/entries/106373.
4. This report is only for reporting accounts that violate our trademark policy. If you are requesting a
username that appears inactive, please review our Inactive Account Policy for more information:
https://support.twitter.com/articles/15362.
Thanks,
Twitter Trust & Safety
-----------------------------------------------
Your ticket number: #10769678
Reported Account: @JamesDean
Description: Our client would like to represent itself as @JamesDean, as it owns this registered trademark
and is the owner of the right of publicity to James Dean. This current user is utilizing the James Dean
name and trademark without authorization in a manner that may mislead or confuse others with regard to
our client's brand and/or business affiliation.
Usage: Our company would like to use this username on Twitter.
Company name: TRUSTEES OF THE JAMES DEAN FOUNDATION COMPOSED OF MARCUS
WINSLOW AND TIMOTHY SELBY
Website: http://www.jamesdean.com/
Trademarked word, symbol: James Dean
Registration number: 1492324, 1496806
Registration office: USPTO
Direct Link to Trademark Record (optional):
http://tess2.uspto.gov/bin/showfield?f=toc&amp;state=4002%3A24q35r.1.1&amp;p_search=searchss&am
p;p_L=50&amp;BackReference=&amp;p_plural=yes&amp;p_s_PARA1=live&amp;p_tagrepl~%3A=PARA
1%24LD&amp;expr=PARA1+AND+PARA2&amp;p_s_PARA2=james+dean+&amp;p_tagrepl~%3A=PAR
A2%24COMB&amp;p_op_ALL=AND&amp;a_default=search&amp;a_search=Submit+Query&amp;a_sea
rch=Submit+Query
Tell us about yourself: I am the trademark holder or authorized representative.
Full name: Clare Neumann, Esq.
Job title: Legal Counsel
Email address: associate@cmgworldwide.com
Your relationship to the trademark holder: I am an authorized representative, e.g., law firm, marketing or
PR company.
Street address: 10500 Crosspoint Boulevard
City: Indianapolis
State/Province: INDIANA

Postal code: 46256
Country: USA
Company name (rep): CMG WORLDWIDE INC.
Website (rep): http://www.cmgworldwide.com
Street address (rep): 10500 Crosspoint Boulevard
City (rep): Indianapolis
State/Province (rep): Indiana
Postal code (rep): 46256
Country (rep): USA
Copy of Report: I understand that Twitter may provide third parties, such as the affected user, with a copy
of this report.
Authority to Act: I am authorized to act on behalf of the trademark holder.
Anything else? (optional): n/a


From: **Donald** <notifications-support@twitter.zendesk.com>
Date: Wed, Nov 21, 2012 at 1:36 PM
Subject: #6358914 Twitter Support: update on "Trademark Issue - JamesDean"
To: Associate <associate@cmgworldwide.com>
**onald, Nov 21 10:36 am (PST):**
Hello,   Twitter's policies prohibit accounts that impersonate individuals in order to actively deceive and
mislead others. Accounts with similar appearances (such as similar background or avatar images), or
accounts with similar usernames, are not automatically in violation.   If there is information on the account
that shows a clear intent to assume your brand or identity, please reply to this email with a detailed
description of the information. This can include:
• specific descriptions of content or behavior
• a link to a page on your company's website which contains an image owned by you that is currently
used by the reported account in its avatar or background image
Users are allowed to select any content they would like for their account, provided it does not violate the
Twitter Rules (https://twitter.com/rules).
Thanks,   Donald       Twitter Trust & Safety


From: **Twitter Support** <notifications-support@twitter.zendesk.com>
Date: Thu, Oct 11, 2012 at 12:36 PM
Subject: #6358914 Twitter Support: update on "Trademark Issue - JamesDean"
To: Associate <associate@cmgworldwide.com>
Hello,   This is an auto-confirmation that we have received your trademark report. Twitter will reply to your
report as soon as possible.
Please note the following:
1. When we receive trademark reports, we review the account to determine if there is an active intent to
confuse or misrepresent a brand or business affiliation in violation of our trademark policy.
2. We will not provide a trademark owner with multiple instances or variations of a trademarked name;
name squatting is a violation of the Twitter Rules.
3. Twitter users are allowed to create news feed, commentary, or fan accounts. For more information,
please see the following policy page: http://support.twitter.com/articles/18367
Thanks,   Twitter Trust & Safety
Please note, we cannot accept email attachments at this time; please include all information in the body
of your request.

**Associate, Oct 11 09:36 am (PDT):**
Reported Account: @JamesDean
Description: Our client would like to represent itself as @JamesDean, as it owns this registered trademark and is the owner of the right of publicity to James Dean. This current user is utilizing the James Dean name and trademark without authorization in a manner that may mislead or confuse others with regard to our client's brand and/or business affiliation.
Usage: Our company would like to use this username on Twitter.
Company name: TRUSTEES OF THE JAMES DEAN FOUNDATION COMPOSED OF MARCUS WINSLOW AND TIMOTHY SELBY
Website: http://www.jamesdean.com/
Trademarked word, symbol: James Dean
Registration number: 1492324, 1496806
Registration office: USPTO
Direct Link to Trademark Record (optional):
http://tess2.uspto.gov/bin/showfield?f=toc&amp;state=4002%3A24q35r.1.1&amp;p_search=searchss&amp;p_L=50&amp;BackReference=&amp;p_plural=yes&amp;p_s_PARA1=live&amp;p_tagrepl~%3A=PARA1%24LD&amp;expr=PARA1+AND+PARA2&amp;p_s_PARA2=james+dean+&amp;p_tagrepl~%3A=PARA2%24COMB&amp;p_op_ALL=AND&amp;a_default=search&amp;a_search=Submit+Query&amp;a_search=Submit+Query
Tell us about yourself: I am the trademark holder or authorized representative.
Full name: Clare Neumann, Esq.
Job title: Legal Counsel
Email address: associate@cmgworldwide.com
Your relationship to the trademark holder: I am an authorized representative, e.g., law firm, marketing or PR company.
Street address: 10500 Crosspoint Boulevard
City: Indianapolis
State/Province: INDIANA
Postal code: 46256
Country: USA
Company name (rep): CMG WORLDWIDE INC.
Website (rep): http://www.cmgworldwide.com
Street address (rep): 10500 Crosspoint Boulevard
City (rep): Indianapolis
State/Province (rep): Indiana
Postal code (rep): 46256
Country (rep): USA
Copy of Report: I understand that Twitter may provide third parties, such as the affected user, with a copy of this report.
Authority to Act: I am authorized to act on behalf of the trademark holder.
Anything else? (optional): n/a

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT 01 |
| | ) | |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NUMBER:  29D01-1213-CC- 12660 |
| | ) | |
| JAMES DEAN, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FILED |
| vs. | ) | |
| | ) | DEC 3 1 2013 |
| TWITTER, INC., a Delaware | ) | |
| Corporation, and JOHN DOE | ) | Peggy Beaver |
| DEFENDANTS 1-5 | ) | CLERK OF THE |
| COMPANY | ) | HAMILTON SUPERIOR COURT |
| | ) | |
| Defendant. | ) | |

## APPEARANCE BY ATTORNEY IN A CIVIL CASE

Party Classification:        Plaintiff.

   1.    The undersigned attorney listed on this form below now appears in this case for the following party member(s):  JAMES DEAN, INC.

   2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   Theodore J. Minch (18798-49)
   Sovich Minch, LLP
   10099 Chesapeake Drive, Suite 100
   McCordsville, Indiana 46055
   (317) 335-3601 (t)
   (317) 335-3602 (f)
   E-mail:  tjminch@sovichminch.com

   3.    There are no other party members.

   4.    I will accept service by fax at the above-referenced telefax number.

   5.    There are no known related cases to this Cause.

   6.    This form has been served on the responding parties as evidenced by the attached form.

Theodore J. Minch (18798-49)
SOVICH MINCH, LLP

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Appearance of Counsel in a Civil Matter was served on the following, via first class mail, postage pre-paid on this __31st__ day of December___, 2013:

TWITTER, INC.
C/o Dick Costello
Chief Executive Officer
1355 Market Street, Suite 900
San Francisco, California 94103

TWITTER, INC.
C/o CT Corporation Company
Registered Agent
111 Eighth Avenue
New York City, New York 10011


Theodore J. Minch (18798-49)
SOVICH MINCH, LLP