UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES DEAN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:14-cv-00183-WTL-DML |
| vs. | ) |
| | ) |
| TWITTER, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S UNOPPOSED REQUEST TO VACATE
INITIAL PRE-TRIAL CONFERENCE AND CASE MANAGEMENT PLAN DEADLINE**

Comes now Plaintiff JAMES DEAN, INC. ("JDI"), by counsel, Theodore J. Minch, and hereby respectfully requests the initial pre-trial conference currently set April 8, 2014 at 11:00 o'clock a.m. ("Hearing") be vacated and the corresponding case management plan filing deadline of April 1, 2014 be stayed and, as such, JDI respectfully states as follows:

1. On or about March 7, 2014 the Parties filed a request to extend time, to an including May 13, 2014 for defendants to respond to the complaint in this matter.

2. The request was filed after the Court's order of February 17, 2014 setting the Hearing and the case management plan deadline.

3. The relief requested here is just, proper, and necessary because JDI currently does not know the identity of the John Doe defendants.

4. JDI will shortly request leave of the court to conduct early discovery of Twitter in an attempt to get information about the John Doe defendants; upon disclosure of said information, if Twitter is in possession of the same, JDI will dismiss Twitter from this action.

5. Based upon the foregoing, the case management plan and Hearing are unnecessary at this time.

WHEREFORE Plaintiff JAMES DEAN, INC. (JDI) respectfully requests the Court vacate the Hearing, stay filing of the case management plan, and for all other relief, just and proper in the premises.

DATED:  McCordsville, Indiana
March 31, 2014

SOVICH MINCH, LLP

*/s/ Theodore J. Minch*

_____
Theodore J. Minch, Attorney No. 18798-49
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
Telephone:   (317) 335-3601
Facsimile:    (317) 335-3602
Email:          tjminch@sovichminch.com

*Attorneys for Plaintiff James Dean, Inc.*

### **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was forwarded this day to the following party representatives of record by placing a copy of the same via first class mail and / or this Court's electronic ECF/PACER electronic filing system, this 29th   day of  March  , 2013:

Matthew S. Johns, IN - 28620-49
55 East Monroe Street
37th Floor
Chicago, Illinois 60603
312-346-7500
FAX 312-580-2201
mjohns@thompsoncoburn.com

Mark Sableman
Anthony Blum
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
msableman@thompsoncoburn.com
ablum@thompsoncoburn.com

David H. Kramer
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Phone | 650-320-4741
Fax | 650-493-6811
DKramer@wsgr.com

/s/ Theodore J. Minch
_____
Theodore J. Minch (IN#18798-49)
SOVICH MINCH, LLP
*Attorneys for Plaintiffs the Estate of*
    *Bette Davis and CMG Worldwide, Inc.*