UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES DEAN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:14-cv-00183-WTL-DML |
| v. ) | |
| ) | |
| TWITTER, INC.; and JOHN DOE ) | |
| DEFENDANTS 1-5 COMPANY, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TWITTER TO RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, Plaintiff James Dean, Inc. ("JDI") filed this lawsuit against Defendant Twitter, Inc. ("Twitter") and Defendant John Doe ("the Doe Defendant"), which was removed to this Court on February 7, 2014.

WHEREAS, the Parties filed, and the Court granted, a request to extend Defendants' time to respond to the complaint to May 13, 2014.

WHEREAS, on March 31, 2014, JDI filed an unopposed motion to vacate the initial case-management conference, which had been set for April 8, 2013, on the grounds that JDI did not know the identity of the Doe Defendant.

WHEREAS, the Court granted JDI's unopposed motion on April 2, 2014, vacating the initial case-management conference, staying the parties' obligation to file a case management plan, and ordered Plaintiff to file a proper discovery motion if it wanted to seek the identity of the Doe Defendant.

WHEREAS, JDI still does not know the identity, and has not served, the Doe Defendant, and is preparing a proper motion for discovery seeking such information;

5898991

WHEREAS, JDI has made clear that if it discovery motion is granted and if it receives information from Twitter assisting in identifying the Doe defendant, JDI will dismiss Twitter from this action.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel, that Twitter's deadline for responding to the complaint is extended until 14 days following the date on which JDI serves the Doe Defendant pursuant to Fed. R. Civ. P. 5.

Dated:  May 7, 2014  SOVICH MINCH, LLP

By:  /s/ Theodore J. Minch
     Theodore J. Minch
10500 Crosspoint Boulevard
Indianapolis, In 46256
(317) 335-3601
tjminch@sovichminch.com

*Attorney for Plaintiff James Dean, Inc.*

Dated:  May 7, 2014  WILSON SONSINI GOODRICH & ROSATI, P.C.

By: /s/ David H. Kramer
     David H. Kramer
650 Page Mill Road
Palo Alto, CA 94304
650-320-4741
dkramer@wsgr.com

*Attorneys for Defendant Twitter, Inc.*

# [PROPOSED]
# ORDER

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

Twitter's deadline for responding to the complaint is extended until 14 days following the date on which JDI serves the Doe Defendant pursuant to Fed. R. Civ. P. 5.

_____<br>
United States District Court Judge